WILLIAM SHELDRICK ASSOCIATION, INC., et al., Respondents, v. ROBERT B. BLAIKIE REGULAR DEMOCRATIC ORGANIZATION, INC., et al., Appellants.— Orders unanimously affirmed. Inasmuch as the case will be tried this week and decided immediately after a plenary trial, we see no necessity for interfering with the temporary injunction. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

### (June 3, 1954.)

THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR COHEN.— Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EUGENE J. GAILHARD.— Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE LEWIS.— Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.